UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JUUL LABS, INC.,                                             :
:
                Plaintiff,        :
:    20-cv-5336 (VSB)
      -against-                                    :
:    **ORDER**
CANAL SMOKE EXPRESS, INC.,                                   :
:
                Defendant.        :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2020

VERNON S. BRODERICK, United States District Judge:

      Pursuant to Defendant's Notice of Motion and Unopposed Motion to Stay Pursuant to 28 U.S.C. § 1659; it is hereby ORDERED that Defendant's Notice of Motion and Unopposed Motion to Stay Pursuant to 28 U.S.C. § 1659 is hereby GRANTED; and it is further ORDERED that this civil action is stayed until the determination of the U.S. International Trade Commission in Investigation No. 337-TA-1211 becomes final. The parties shall file a joint status update every sixty (60) days.

      The Clerk is directed to terminate the open motion at Document 12.

SO ORDERED.

Dated: September 14, 2020
       New York, New York

                                              _____
                                              Vernon S. Broderick
                                              United States District Judge